1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TANGI TAUMOEFOLAU, et al.,

11              Plaintiffs,              No. CIV S-09-0219 FCD DAD PS

12         vs.

13   SIERRA PACIFIC MORTGAGE            <u>ORDER</u>
     COMPANY, INC., et al.,
14
               Defendants.
15   _____/

16         By order filed February 13, 2009, a Status (Pretrial Scheduling) Conference was

17   set before the undersigned on April 3, 2009.  Subsequent to the issuance of that order, defendant

18   Central Mortgage Company filed a defectively noticed motion to dismiss that has not yet been re-

19   noticed.  Defendant Sierra Pacific Mortgage Company, Inc. has recently filed a properly noticed

20   motion to dismiss or for more definite statement that is set for hearing on March 27, 2009.  In

21   light of the time that will be required to resolve defendants' motions, the Status (Pretrial

22   Scheduling) Conference will be vacated as premature and will be rescheduled at a later time, if

23   appropriate.

24         Accordingly, IT IS ORDERED that:

25         1.  The Status (Pretrial Scheduling) Conference set for April 3, 2009, at 11:00

26   a.m. before the undersigned is vacated, and no status reports shall be filed.

2.  Plaintiffs are referred to Local Rule 78-230(b) and (c) for details concerning their obligation to file and serve timely written responses to defendants' motions and to appear for the hearing of the motions.

3.  All parties shall appear at the hearing of each properly noticed motion, either by counsel or, if proceeding in propria persona, on his or her own behalf.  Plaintiffs are advised that a party proceeding pro se may not represent another party proceeding pro se.  Local Rule 83-183(a).  Any party may appear at the hearing of a motion either in person or telephonically.  To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days before the hearing.

4.  Plaintiffs are cautioned that failure to file timely opposition to a properly noticed motion or to appear at the hearing of such a motion may be construed as non-opposition to the granting of the motion.  Failure to oppose and failure to appear may also result in a recommendation that the case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules.  See Local Rules 11-110 and 83-183(a).

5.  A party appearing in propria persona shall keep the court and opposing parties advised as to his or her current address at all times.  Local Rule 83-183(b).

DATED: February 24, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\taumoefolau0219.ord.vacsc

2