CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TANGI TAUMOEFOLAU, ANA TAUMOEFOL ANA TAUMOEFOLAU 48 Northwich Court Sacramento, CA 95832 | TELEPHONE NO.: 916 470-8314 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiffs In Pro Per | | **FILED** MAR 1 3 2009 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: TANGI TAUMOEFOLAU and ANA TAUMOEFOLAU
DEFENDANT/RESPONDENT: SIERRA PACIFIC MORTGAGE COMPANY, INC., MTC FINANCIAL, INC. dba TRUSTEE CORPS, et al.

**REQUEST FOR DISMISSAL**
☐ Personal Injury, Property Damage, or Wrongful Death
   ☐ Motor Vehicle   ☐ Other
☐ Family Law
☐ Eminent Domain
☒ Other (specify): LENDER FRAUD

CASE NUMBER: 2:09-cv-00219-FCD-DAD

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☒ With prejudice     (2) ☐ Without prejudice
   b. (1) ☒ Complaint          (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                           on (date):
      (4) ☐ Cross-complaint filed by (name):                           on (date):
      (5) ☒ Entire action of all parties and all causes of action
      (6) ☐ Other (specify):*

Date: MARCH 12, 2009

TANGI TAUMOEFOLAU, ANA TAUMOEFOLAU
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ /s/ Tangi F. Taumoefolau   X /s/ Ana Taumoefolau
(SIGNATURE)
Attorney or party without attorney for:
☒ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

* If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

▶
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent consent if required by Code of Civil Procedure section 581(i) or (j).

(To be completed by clerk)
3. ☐ Dismissal entered as requested on (date):
4. ☐ Dismissal entered on (date):                    as to only (name):
5. ☐ Dismissal **not** entered as requested for the following reasons (specify):

6. ☐ a. Attorney or party without attorney notified on (date):
   b. Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to conform    ☐ means to return conformed copy

Date: _____  Clerk, by _____ , Deputy

Page 1 of 1

| Form Adopted for Mandatory use Judicial Council of California CIV-110 [Rev. January 1, 2007] | **REQUEST FOR DISMISSAL** | Legal Solutions Plus | Code of Civil Procedure, § 581 et seq.; Cal. Rules of Court, rule 3.1390 |