IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TANGI TAUMOEFOLAU, et al.,

    Plaintiffs,                    No. CIV S-09-0219 FCD DAD PS

    v.

SIERRA PACIFIC MORTGAGE
COMPANY, INC., et al.,             ORDER

    Defendants.
_____/

        Plaintiffs, proceeding pro se, have requested dismissal of this action, with prejudice, as to all parties and all causes of action. No defendant has yet filed an answer or a motion for summary judgment. Accordingly, plaintiffs' March 13, 2009 request for dismissal (Doc. No. 15) is granted, and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). The March 27, 2009 hearing of defendant Sierra Pacific Mortgage Company's motion to dismiss (Doc. No. 12) is vacated. The Clerk of the Court shall enter judgment for all defendants and close the case.

        IT IS SO ORDERED.

DATED: March 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\taumoefolau0219.voldism